APRIL 2020

DETAILED REPORT

# April 2020 Coordinated Inauthentic Behavior Report

FACEBOOK



We're constantly working to find and stop coordinated campaigns that seek to manipulate public debate across our apps. In 2019 alone, we took down over 50 networks worldwide for engaging in coordinated inauthentic behavior (CIB), including ahead of major democratic elections.

These efforts are led by a cross-disciplinary team focused on finding and disrupting both the most sophisticated influence operations aimed to manipulate public debate as well as high volume inauthentic behaviors like spam and fake engagement. Over the past several years, our team has grown to over 200 people with expertise ranging from open source research, to threat investigations, cyber security, law enforcement and national security, investigative journalism, engineering, product development, data science and academic studies in disinformation.

You can find more information about our previous enforcement actions here.

PURPOSE OF THIS REPORT

Over the past three years, we've shared our findings about coordinated inauthentic behavior we detect and remove from our platforms. As part of regular CIB reports, we're sharing information about all networks we take down over the course of a month to make it easier for people to see progress we're making in one place.

WHAT IS CIB?

While we investigate and enforce against any type of inauthentic behavior — including fake engagement, spam and artificial amplification — we approach enforcement against these mostly financially-motivated activities differently from how we counter foreign interference or domestic influence operations. We routinely take down less sophisticated, high-volume inauthentic behaviors like spam and we do not announce these enforcement actions when we take them.

We view influence operations as coordinated efforts to manipulate public debate for a strategic goal where fake accounts are central to the operation. There are two tiers of these activities that we work to stop: 1) coordinated inauthentic behavior in the context of domestic, non-state campaigns (CIB) and 2) coordinated inauthentic behavior on behalf of a foreign or government actor (FGI).

## COORDINATED INAUTHENTIC BEHAVIOR (CIB)

When we find domestic, non-government campaigns that include groups of accounts and Pages seeking to mislead people about who they are and what they are doing while relying on fake accounts, we remove both inauthentic and authentic accounts, Pages and Groups directly involved in this activity.

## FOREIGN OR GOVERNMENT INTERFERENCE (FGI)

If we find any instances of CIB conducted on behalf of a government entity or by a foreign actor, we apply the broadest enforcement measures including the removal of every on-platform property connected to the operation itself and the people and organizations behind it.

## CONTINUOUS ENFORCEMENT

We keep to monitor for efforts to re-establish a presence on Facebook by networks we previously removed for CIB. Using both automated and manual detection, we continuously remove accounts and Pages connected to networks we took down in the past.

## SUMMARY OF APRIL 2020 FINDINGS

This month, we removed eight networks of accounts, Pages and Groups. Two of them — from Russia and Iran — focused internationally (FGI), and the remaining six — in the US, Georgia, Myanmar and Mauritania — targeted domestic audiences in their respective countries (CIB). We have shared information about our findings with law enforcement, policymakers and industry partners.

We know that people looking to mislead others — whether through phishing, scams, or influence operations — try to leverage crises to advance their goals, and the coronavirus pandemic is no different. All of the networks we took down for CIB in April were created before

the COVID-19 pandemic began, however, we've seen people behind these campaigns opportunistically use coronavirus-related posts among many other topics to build an audience and drive people to their Pages or off-platform sites. The majority of the networks we took down this month were still trying to grow their audience or had a large portion of engagement on their Pages generated by their own accounts.

- **Total number of Facebook accounts removed:** 732
- **Total number of Instagram accounts removed:** 162
- **Total number of Pages removed:** 793
- **Total number of Groups removed:** 200

NETWORKS REMOVED IN APRIL, 2020:

1. **Russia:** We removed 46 Pages, 91 Facebook accounts, 2 Groups, and 1 Instagram account. This network posted in Russian, English, German, Spanish, French, Hungarian, Serbian, Georgian, Indonesian and Farsi, focusing on a wide range of regions around the world. Our investigation linked this activity to individuals in Russia, the Donbass region in Ukraine and two media organizations in Crimea — NewsFront and SouthFront. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

2. **Iran:** We removed 118 Pages, 389 Facebook accounts, 27 Groups, and 6 Instagram accounts. This activity originated in Iran and focused on a wide range of countries globally including Algeria, Bangladesh, Bosnia, Egypt, Ghana, Libya, Mauritania, Morocco, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Tunisia, the US, UK and Zimbabwe. Our investigation linked this activity to the Islamic Republic of Iran Broadcasting Corporation. We found this network as part of our internal investigations into suspected coordinated inauthentic behavior, based in part on some links to our past takedowns.

3. **US:** We removed 5 Pages, 20 Facebook accounts, and 6 Groups that originated in the US and focused domestically. Our investigation linked this activity to individuals associated with the QAnon network known to spread fringe conspiracy theories. We found this activity as part of our internal investigations into suspected coordinated inauthentic behavior ahead of the 2020 election in the US.

4. **US:** We removed 19 Pages, 15 Facebook accounts, and 1 Group that originated in the US and focused domestically. Our investigation linked this network to VDARE, a website known for posting anti-immigration content, and individuals associated with a similar website The Unz Review. We found this activity as part of our internal investigations into suspected coordinated inauthentic behavior ahead of the 2020 election in the US.

5. **Mauritania:** We removed 11 Pages, 75 Facebook accounts, and 90 Instagram accounts. This network originated in Mauritania and focused on domestic audiences. We detected this operation as a result of our internal investigation into suspected coordinated inauthentic behavior linked to our past takedowns.

6. **Myanmar:** We removed 3 Pages, 18 Facebook accounts, and 1 Group. This domestic-focused network originated in Myanmar. Our investigation linked this activity to members of the Myanmar Police Force. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

7. **Georgia:** We removed 511 Pages, 101 Facebook accounts, and 122 Groups, and 56 Instagram accounts. This domestic-focused activity originated in Georgia. Our investigation linked this network to Espersona, a media firm in Georgia. This organization is now banned from our platforms. We found this activity as part of our investigation into suspected coordinated inauthentic behavior publicly reported by a local fact-checking organization in Georgia with some links to our past takedown.

8. **Georgia:** Finally, we removed 23 Facebook accounts, 80 Pages, 41 Groups, and 9 Instagram accounts. This domestic-focused activity originated in Georgia. Our investigation linked this network to individuals associated with United National Movement, a political party. We found this activity as part of our investigation into suspected coordinated inauthentic behavior in the region. Our assessment benefited from local public reporting in Georgia.

We are making progress rooting out this abuse, but as we've said before, it's an ongoing effort. We're committed to continually improving to stay ahead. That means building better technology, hiring more people and working more closely with law enforcement, security experts and other companies.

# 01

**We removed 46 Pages, 91 Facebook accounts, 2 Groups, and 1 Instagram account for violating our policy against foreign interference which is coordinated inauthentic behavior on behalf of a foreign entity. This activity originated in Russia, the Donbass region in Ukraine and the Crimean Peninsula. The people behind it posted in Russian, English, German, Spanish, French, Hungarian, Serbian, Georgian, Indonesian and Farsi, focusing on a wide range of regions around the world.**

The individuals behind this activity relied on a combination of authentic, duplicate and fake accounts — many of which had been previously detected and disabled by our automated systems. They used fake accounts to post their content and manage Groups and Pages posing as independent news entities in the regions they targeted. This network posted about geopolitical and local news including topics such as the military conflict in Ukraine, the Syrian civil war, the annexation of Crimea, NATO, US elections, and more recently the coronavirus pandemic. Our investigation linked this activity to individuals in Russia and Donbass, and two media organizations in Crimea — NewsFront and SouthFront.

We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

- *Presence on Facebook and Instagram:* 46 Pages, 91 accounts, 2 Groups, and 1 Instagram account
- *Followers:* About 267,300 accounts followed one or more of these Pages, about 2,100 accounts joined one or more of these Groups, and around 800 people followed this Instagram account

- *Advertising:* About $3,150 in spending for ads on Facebook and Instagram paid for primarily in US dollars, Russian rubles, and Euros.

Below is a sample of the content posted by some of these Pages:







От Советского Информбюро/Oficina de la Información Soviética

December 18, 2019 · ⊕

La agresividad del Gobierno de Trump atenta contra las relaciones EE.UU.-Cuba

La agresividad del actual gobierno de Estados Unidos amenaza con revertir el proceso de acercamiento con Cuba, iniciado hace hoy cinco años con el restablecimiento de las relaciones diplomáticas entre los dos países.

Incluso, dentro del propio Estados Unidos, los sondeos de opinión reflejan que gran parte de su población se muestra favorable a la existencia de las relaciones diplomáticas y a la eliminación del bloqueo.

https://es.news-front.info/.../la-agresividad-del-gobierno-d.../

See Translation



ES.NEWS-FRONT.INFO
La agresividad del Gobierno de Trump atenta contra las relaciones EE.UU.-Cuba

**Page name:** Office of Soviet Information

**Post:** Trump Government's aggression violates US-Cuban relations.

The aggression of the current US government threatens to reverse the process of rapprochement with Cuba, which began five years ago today with the restoration of diplomatic relations between the two countries.

Even within the United States itself, opinion polls reflect that much of its population favors the existence of diplomatic relations and the removal of the blockade."

# 02

**We also removed 118 Pages, 389 Facebook accounts, 27 Groups, and 6 Instagram accounts that were involved in foreign interference which is coordinated inauthentic behavior on behalf of a foreign entity. This activity originated in Iran and focused on a wide range of countries globally including Algeria, Bangladesh, Bosnia, Egypt, Ghana, Libya, Mauritania, Morocco, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Tunisia, the United States, United Kingdom, and Zimbabwe.**

The individuals behind this network relied on a combination of authentic and fake accounts — some of which had been previously detected and disabled by our automated systems — to post in Groups, manage Pages, and drive people to off-platform sites. These accounts typically had fake names common in the region they targeted. Some of these Pages merged with one another over time and posed as local NGOs and independent news entities located in the country they focused on. They sometimes repurposed Iranian state media content and posted primarily in Arabic, Bengali, Bosnian, and English about geopolitical and local news relevant to each region including topics like the civil war in Syria, the Arab Spring protests, the tensions between Libya and Turkey, criticism of Saudi involvement in the Middle East and Africa, Al Qaeda's actions in Africa, the Occupy movement in the US, criticism of US policies in the Middle East and the 2012 US elections.

Although the people behind this activity attempted to conceal their identities and coordination, our investigation found links to the Islamic Republic of Iran Broadcasting Corporation. We found this activity as part of our internal investigations into Iran-linked, suspected coordinated inauthentic behavior, which exhibited some links to the networks we had removed in August 2018, January 2019, and March 2019.

- *Presence on Facebook and Instagram:* 118 Pages, 389 Facebook accounts, 27 Groups, and 6 Instagram accounts

- *Followers:* About 318,000 accounts followed one or more of these Pages, around 67,000 accounts joined one or more of these Groups, and about 135,000 people followed one of more of these Instagram accounts
- *Advertising:* Around $1,600 in spending for ads on Facebook paid for primarily in US dollars, Euros and Canadian dollars.

Below is a sample of the content posted by some of these Pages:







**Page name:** Middle East

**Post:** For the 3rd Friday in a row, men below the age of 50 were not allowed to enter Al Aqsa Mosque. For the 3rd Friday in a row, the Israeli Forces prevented thousands of religion practitioners below the age of 50 years from arriving to perform Friday prayers at Al Aqsa Mosque. Israeli Forces consisting of cavalry, special units, border guards and police were placed across streets of Jerusalem, with barricades on the entry points for the old city and the holy mosque. The forces checked IDs of all men to confirm their age, sending home those who were below the age of 50. The community around pointed out that the Israeli forces also prevented youngsters below the age of 50 from performing Al Fajer prayers in Al Aqsa Mosque.

**Balkan Anti-imperialist Movement**

April 9 at 12:58 AM · 🌐

Dva francuska znanstvenika predložila su testiranje cjepiva protiv koronavirusa SARS-CoV-2 u Africi, što je izazvalo veliki skandal.

See Translation



LOGICNO.COM
**Francuski stručnjaci predložili testiranje cjepiva za Covid u Africi: „Pa to smo već radili s AIDS-om"**

# 03

**We removed 5 Pages, 20 Facebook accounts, and 6 Groups for [coordinated inauthentic behavior](#) as part of a small domestic-focused network in the United States.**

The people behind this activity used fake accounts — some of which had already been detected and disabled by our automated systems — to create fictitious personas, like and comment on their own content making it appear more popular than it is, manage Pages and Groups, and evade detection and enforcement. They frequently posted about news and topics including the upcoming presidential election and candidates, the current US administration, anti-Semitic and anti-Asian conspiracies, and COVID-19. While it did not appear to be the focus of this campaign, some of the individuals behind this effort attempted to monetize their clickbait content by selling t-shirts and other merchandise.

We found this activity as part of our proactive investigations into suspected coordinated inauthentic behavior in the US ahead of the 2020 election. Although the people behind this operation attempted to conceal their identities and coordination, our investigation found links to individuals associated with QAnon, a network known to spread fringe conspiracy theories. We continue to monitor and will take additional action if we see other violations of our Community Standards.

- *Presence on Facebook:* 5 Pages, 20 accounts, and 6 Groups
- *Followers:* About 133,000 accounts followed one or more of these Pages and about 30,000 accounts joined one of more of these Groups
- *Advertising:* Less than $1 in spending for ads on Facebook paid for in US dollars.

Below is a sample of the content posted by some of these Pages:







# 04

**We removed 19 Pages, 15 Facebook accounts, and 1 Group engaged in [coordinated inauthentic behavior](#) on our platform. This domestic-focused activity originated in the United States.**

The people behind this network used fake accounts to create fictitious personas, post in Groups, manage Pages, drive traffic to off-platform sites, and evade enforcement. They frequently posted about US news and topics including the US President, ideologies recognized as far-right, and anti-immigration content. Most recently, this network shared COVID-19-related conspiracies and hate speech about Asian Americans.

We found this activity as part of our proactive investigations into suspected coordinated inauthentic behavior in the US ahead of the 2020 election. Although the people behind this operation attempted to conceal their coordination, our investigation linked this network to VDARE, a website known for posting anti-immigration content, and to individuals associated with a similar website The Unz Review. We continue to monitor and will take additional action if we see other violations of our Community Standards.

- *Presence on Facebook:* 19 Pages, 15 Facebook accounts, and 1 Group
- *Followers:* About 207,700 accounts followed one or more of these Pages and about 20 accounts joined this Group.
- *Advertising:* Around $114,000 in spending for ads on Facebook paid for in US dollars.

Below is a sample of the content posted by some of these Pages:





# 05

**We removed 11 Pages, 75 Facebook accounts, and 90 Instagram accounts for engaging in coordinated inauthentic behavior. This network originated in Mauritania and focused largely on domestic audiences.**

The people behind this network used a combination of authentic, compromised and fake accounts — some of which had gone through name changes and already been disabled by our automated systems — to amplify their own content, manage Pages and post in Groups. The majority of engagement on these Pages was generated by this network itself. They posted primarily in Arabic and some in English and French about domestic and regional news and topics including the civil wars in Libya and Yemen, criticism of Qatar, Turkey and Iran, Qatar's treatment of migrant workers, as well as support for the president of Mauritania and the United Arab Emirates. Most recently, this network also posted about COVID-19 and various countries' response to the pandemic.

We detected this operation as a result of our internal investigation into suspected coordinated inauthentic behavior linked to the activity we had removed in August 2019 and March 2020.

- *Presence on Facebook and Instagram:* 11 Pages, 75 accounts, and 90 Instagram accounts
- *Followers:* About 62,500 accounts followed one or more of these Pages and less than 25,000 people followed one or more of these Instagram accounts
- *Advertising:* Less than $190 in spending for ads on Facebook and Instagram paid for in US dollars.

Below is a sample of the content posted by some of these Pages:



**Post**: Thank you to the generous Emirates for this valuable aid: 18 tons of medical and food supplies to help us fight against the coronavirus



**Post:** Mining company Snim, at the direction of President Ghazouani, dedicates 813 million for local development in Nouadhibou #Accomplishments_of_the_Mauritanian_ nation



**Page name:** Mauritania Events

**Post:** Under directives from President of the Republic Mohammed Ould Al-Sheikh Al-Ghazouani to fight the novel #coronavirus, a program has started to distribute aid to poor prisoners in #Nouakchott #Mauritania_Fights_Coronavirus #Mauritania_Events

**Text over photo:** Government measures to distribute aid to poor prisoners in Nouakchott.

# 06

**We removed 3 Pages, 18 Facebook accounts, and 1 Group for violating our policy against [coordinated inauthentic behavior](#). This domestic-focused activity originated in Myanmar.**

The individuals behind this network used fake and duplicate accounts to post in Groups and manage Pages posing as news entities. The Page admins and account owners shared content primarily in Burmese about local news and events such as the successes of the national police and military, stories about police officers providing assistance to local families, arrests and police raids, criticism of the Arakan Army and anti-Rohingya content. Most recently, some of these Pages posted about COVID-19. Although the people behind this activity attempted to conceal their identities and coordination, our investigation found links to members of the Myanmar Police Force. We found this activity as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

- *Presence on Facebook:* 3 Pages, 18 accounts, and 1 Group.
- *Followers:* About 19,000 accounts followed one or more of these Pages and around 30 accounts followed this Group.
- *Advertising:* Around $20 in spending for ads on Facebook paid for in US dollars.

Below is a sample of the content posted by some of these Pages:



**Post:** 19060 ecstasy pills and 6 grams of ICE, worth of 481.3 Lakh seized at Tamwe

At 3:50 am on February 19, in front of No.5, Basic Education High School, Natmauk Ward, Tamwe Township, Yangon Division, the inspection was conducted on Honda Accord vehicle, driven by Aung Myint Myat (aka) Aung Lay from 10 Ward and Mazda Demio vehicle, driven by Nay Hein Lat (aka) Villa. Altogether, a total of 19060 ecstasy pills (worth of 476.5 Lakh) were seized, in break down, from the vehicle driven by Aung Myint Myat (aka) Aung Lay, there were 2 swords which at the length of 2 by 8 inch and 1 inch respectively, 6 g of ICE under white bag under the back seat (worth 4.8 lakh), 19000 WY ecstasy pills, 44 plastic pipce, 1 phone; from the vehicle driven by Nay Hein Lat (aka) Villa, 60 WY ecstasy pills in plastic bags. From investigation on Aung Myint Myat (aka) Aung Lay regarding the drugs, it is stated that 10 days ago, he bought from Saw Naung who he met near 44th mile at Yangon-Mandalay highway. For Hein Lat (aka) Villa, he bought from Aung Myint Myat (aka) Aunglay to consume and sell.

Two of them have been charged under the Narcotics and Psychotropic Stances Act at Tamwe police station and are trying to surface and arrest their links.





# 07

**We removed 511 Pages, 101 Facebook accounts, and 122 Groups and 56 Instagram accounts for violating our policy against coordinated inauthentic behavior. This domestic-focused activity originated in Georgia.**

The individuals behind this activity used fake accounts — some of which had been previously detected and disabled by our automated systems — to create fictitious personas, impersonate opposition leaders and local health officials, manage Groups and Pages, and make their content appear more popular that it is. Some of these Groups went through name and admin changes over time and appear to have been purchased. The people behind this network also ran Pages designed to look like user profiles — using false names and stock profile images — to post and amplify their content, as well as to avoid detection and removal. Some of these Pages posed as independent news outlets. The Page admins and account owners typically posted about domestic news and political issues such as elections, government policies and officials, as well as criticism of the opposition, journalists and local activists. Most recently, this network shared some content about COVID-19, including posts which was removed for violating our policies against harmful health misinformation.

Although the people behind this operation attempted to conceal their identities, our investigation linked them to Espersona, a media firm in Georgia. This organization is now banned from our platforms. We found this activity as part of our investigation into suspected coordinated inauthentic behavior publicly reported by a local fact-checking organization in Georgia with some links to the network we took down in December 2019.

- *Presence on Facebook:* 511 Pages, 101 Facebook accounts, and 122 Groups and 56 Instagram accounts
- *Followers:* About 973,000 accounts followed one or more of these Pages, around 1,508, 000 accounts followed one or more of these Groups, and about 26,000 people followed one or more of these Instagram accounts.
- *Advertising:* Around $30,000 in spending for ads on Facebook paid for in US dollars.

Below is a sample of the content posted by some of these Pages:



**Post:** I go crazy about Gakharia's facial expressions

**Text over image:** Do you like Gakharia: Yes/No



**Post:** We are one team



**Post:** He is killing Corona

# 08

**Finally we removed 23 Facebook accounts, 80 Pages, 41 Groups, and 9 Instagram accounts for engaging in [coordinated inauthentic behavior](#). This domestic-focused activity originated in Georgia.**

The individuals behind this activity used a combination of authentic and fake accounts to comment on content, evade detection and removal, and manage Groups and Pages — some of which posed as news entities. They frequently posted about local news and political topics like the 2018 Georgian elections and candidates, Georgian Orthodox Church, criticism of the ruling party and the government's handling of the coronavirus pandemic. Many of these Pages have not been active since 2018.

Although the people behind this campaign attempted to conceal their identities, our investigation linked this network to individuals associated with United National Movement, a political party in Georgia. We found this activity as part of our investigation into suspected coordinated inauthentic behavior in the region. Our assessment benefited from local public reporting in Georgia.

- *Presence on Facebook:* 23 Facebook accounts, 80 Pages, 41 Groups, and 9 Instagram accounts
- *Followers:* About 785,000 accounts followed one or more of these Pages, around 6,300 accounts followed one or more of these Groups, and around 6,400 people followed one of more of these Instagram accounts
- *Advertising:* Around $23,800 in spending for ads on Facebook paid for primarily in US dollars
- *Events:* 22 events were hosted by these accounts and Pages. Up to 11,600 people expressed interest in at least one of these events. We cannot confirm whether any of these events actually occurred.

Below is a sample of the content posted by some of these Pages:



Translation:

**Page name:** Official agency of making fun of Georgian dreamers

**Post:** Is it possible that angry people attacked these murderers and Russian agents?



**Page name:** Patriarchate's gang of black hundreds

**Text in image:** What I requested / What arrived



**Page name:** Stop Bidzina

**Text in image:** Profane cursing at the member of Georgian dream